Eric H. Gibbs (SBN 178658)
David K. Stein (SBN 257465)
Kyla J. Gibboney (SBN 301441)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
ds@classlawgroup.com
kjg@classlawgroup.com

Scott Silver (*pro hac vice* to be submitted)
**SILVER LAW GROUP**
11780 W. Sample Road
Coral Springs, FL 33065
Telephone: (954) 755-4799
Facsimile: (954) 755-4684
ssilver@silverlaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRUCE QUEEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROBINHOOD FINANCIAL LLC, ROBINHOOD SECURITIES, LLC, and ROBINHOOD MARKETS, INC.,<br><br>Defendants. | Case No. _____<br><br>**DECLARATION OF PLAINTIFF'S COUNSEL PURSUANT TO CALIFORNIA CIVIL CODE SECTION 1780(d)** |

I, Eric H. Gibbs, declare as follows:

1. I am a partner with Gibbs Law Group LLP, counsel for Plaintiff in this action. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

2. I submit this declaration on behalf of Plaintiff and in support of Plaintiff's Class Action Complaint, which is based in part on violations of the Consumers Legal Remedies Act, California Civil Code § 1750, et seq.

3. Plaintiff's Class Action Complaint has been filed in the proper place for trial of this action, which is the U.S. District Court for the Northern District of California. Defendants all reside and do business in this district. Moreover, because Defendants are headquartered in this District and have their principal place of business in this District, a substantial number of the events or omissions giving rise to Plaintiff's claims occurred in this District.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 25, 2020 in Oakland, California.

*/s/ Eric H. Gibbs*
Eric H. Gibbs

DECL. OF PLAINTIFF'S COUNSEL PURSUANT TO CAL. CIV. CODE SECTION 1780(d)