Eric H. Gibbs (SBN 178658)
David K. Stein (SBN 257465)
Kyla J. Gibboney (SBN 301441)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
ds@classlawgroup.com
kjg@classlawgroup.com

Scott Silver (*pro hac vice* to be submitted)
**SILVER LAW GROUP**
11780 W. Sample Road
Coral Springs, FL 33065
Telephone: (954) 755-4799
Facsimile: (954) 755-4684
ssilver@silverlaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE QUEEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROBINHOOD FINANCIAL LLC, ROBINHOOD SECURITIES, LLC, and ROBINHOOD MARKETS, INC.,<br><br>Defendants. | Case No. 3:20-cv-02090-TSH<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |

1 | Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Bruce Queen hereby voluntarily dismisses his lawsuit against Defendants Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc. without prejudice.  Defendants have not served and answer or motion for summary judgment in his case, and Plaintiff has not filed a motion for class certification.  Therefore, dismissal without prejudice is appropriate without a court order.  Fed. R. Civ. P. 41(a)(1); Fed. R. Civ. P. 23(e) (requiring court approval of voluntary dismissals only for certified classes).

DATED: April 7, 2020                    Respectfully submitted,

**GIBBS LAW GROUP LLP**

By:     */s/ Eric H. Gibbs*

Eric H. Gibbs
David K. Stein
Kyla J. Gibboney
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
ds@classlawgroup.com
kjg@classlawgroup.com

Scott Silver (*pro hac vice* to be submitted)
**SILVER LAW GROUP**
11780 W. Sample Road
Coral Springs, FL 33065
Telephone: (954) 755-4799
Facsimile: (954) 755-4684
ssilver@silverlaw.com

*Attorneys for Plaintiff*